Matter of Asencio v Martuscello

2026 NY Slip Op 02567

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF OSCAR ASENCIO, PETITIONER,

v

DANIEL F. MARTUSCELLO, III, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

319 TP 25-01691

Present: Lindley, J.P., Bannister, Montour, Greenwood, And Hannah, JJ.

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (NORMAN P. EFFMAN OF COUNSEL), FOR PETITIONER.

LETITIA JAMES, ATTORNEY GENERAL, ALBANY (RACHEL RAIMONDI OF COUNSEL), FOR RESPONDENT.

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Donald G. O'Geen, A.J.], entered October 2, 2025) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various incarcerated individual rules.

[*1]

It is hereby ORDERED that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996, 996 [4th Dept 1996]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court